

U.S. Department of Ju...

*United States Attorney*
*Southern District of Ne...*

86 Chambers Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020
```

January 24, 2020

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *U.G., an infant, by his mother and natural guardian, Asseta Naneema, and Asseta Naneema, individually v. Sandy Lau Bui, D.O., et al.*, No. 20 Civ. 613 (AT)

Dear Judge Torres:

I represent the United States in the above-captioned action that was removed to federal court on January 23, 2020. The United States intends to move to substitute the United States as party for Defendant Sandy Lau Bui and to dismiss for failure to exhaust administrative remedies. However, the parties have discussed a partial or complete stipulation of dismissal that would obviate the need for motion practice.

Accordingly, I write to request that all deadlines be stayed for 30 days.[1] All parties consent to this request and this is the Government's first request for an extension.

---

[1] Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the removing party's time to respond to the Complaint is 7 days after the notice of removal is filed. However, Defendant Bui in her individual capacity already answered the Complaint in state court, and it is accordingly unclear when the United States' time to move for substitution and to dismiss runs.

I thank the Court for its consideration.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: __/s/ Lucas Issacharoff_____
LUCAS ISSACHAROFF
Assistant United States Attorney
86 Chambers St. 3rd Floor
New York, New York 10007
Tel.:   212-637-2737
Fax:   212-637-2702
E-mail: lucas.issacharoff@usdoj.gov

Cc:  Randolph D. Janis, Esq.
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038

*Counsel for Plaintiff, Non-Party Nicolette & Harris*

Joshua Thad Reece
Thomas Andrew Graham
HALL BOOTH SMITH, P.C.
54 W. 40th St – Suite 731
New York, New York 10018

*Counsel for Sandy Lau Bui, D.O.*

Patrick J. Murphy
HEIDELL, PITTONI, MURPHY & BACH, LLP
99 Park Avenue
New York, New York 10016

*Counsel for New York & Presbyterian Hospital*

---

DENIED. It is ORDERED that the Government shall file any motion to substitute by **February 21, 2020.** The Court will address the time to file any motion to dismiss after ruling on the motion to substitute.

SO ORDERED.

Dated:  January 30, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge